

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2014

No. 04-13-00912-CR

William Henry **JOHNSON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CRN199 D1
Honorable Jose  A. Lopez, Judge Presiding

# O R D E R

    Appellant's second motion for extension of time is GRANTED. Appellant's brief is due on or before August 18, 2014. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court